157 A.3d 883

COMMONWEALTH of Pennsylvania, Appellee

v.

Ronald Lee DOUGALEWICZ, Jr., Appellant

Nos. 22 & 23 WAP 2015

Supreme Court of Pennsylvania.

March 28, 2017

Hugh J. Burns Jr., Esq., for Amicus Curiae.

David Joseph DeFazio, Esq., for Appellant.

Jonathan Robert Miller, Esq., for Appellee.

## *ORDER*

PER CURIAM

**AND NOW,** this 28th day of March, 2017, this appeal is dismissed as having been improvidently granted.

Justices Donohue and Wecht dissent.